IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JORDAN HALL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-4540

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 1, 2015.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Jordan Hall, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The amended petition seeking belated appeal is denied on the merits.

WOLF, BENTON, and RAY, JJ., CONCUR.